AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| JAY WISE, individually, and on behalf of all others similarly situated, *Plaintiff(s)* <br> v. <br> CUPERTINO ELECTRIC, INC. <br> *Defendant(s)* | Civil Action No. 5:23-cv-04232-SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cupertino Electric, Inc. - 1132 North 7th Street, San Jose, CA 95112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel Srourian, Esq.
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: August 23, 2023

*Signature of Clerk or Deputy Clerk*