CHRISTOPHER SEUSING (CA 280466)
cseusing@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor,
New York, NY 10017
Tel: (475) 755-7050

MICHAEL N. HIROTA (CA 280466)
mhirota@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Tel: (310) 481-7735

Attorneys for Defendants
Cupertino Electric, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY WISE, individually, and all similarly situated individuals, | **CASE NO.** 5:23-CV-04232-SVK |
| Plaintiff, | **STIPULATION TO EXTEND TIME WITHIN WHICH TO ANSWER OR RESPOND** |
| v. | |
| CUPERTINO ELECTRIC, INC., | The Hon. Susan van Keulen |
| Defendant. | Trial Date:   None Set |

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate to extend Defendant Cupertino Electric, Inc.'s, time within which to answer or otherwise respond to the complaint until 45 days after the filing of a Consolidated Complaint by Plaintiff. In the event that no Consolidated Complaint is filed, the deadline for Defendant to answer or respond to the complaint shall be November 3, 2023.

The basis for said extension was due to the recent retention of Defendant's counsel on this matter and to allow counsel time to investigate Plaintiff's allegations as pled in the Complaint in order to properly respond to the same. Additionally, the parties are also discussing the consolidation of the present action with the recently-filed *Crowl v. Cupertino Electric, Inc.*, Case No. 5:23-cv-04007-VKD. Finally, it is the Parties' position that this extension of time for Defendant to respond will allow for a more expeditious and efficient litigation and/or resolution of this case.

CASE NO. 5:23-CV-04232-SVK

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | | |
|---|---|---|
| 1 | DATED: September 14, 2023 | Respectfully submitted, |
| 2 | SROURIAN LAW FIRM, P.C. | WOOD SMITH HENNING & BERMAN, LLP |
| 3 | | |
| 4 | */s/*[1] <br> DANIEL SROURIAN <br> Srourian Law Firm, P.C. | */s/ Michael N. Hirota* <br> MICHAEL N. HIROTA <br> Wood Smith Henning & Berman LLP |
| 5 | Attorney for Plaintiffs | Attorneys for Defendant |

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

CASE NO. 5:23-CV-04232-SVK

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT